JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL FRAZER, | ) | NO. ED CV 21-2117-DSF(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| RALPH DIAZ, ET AL., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 24, 2022.

  /s/ Dale S. Fischer
        DALE S. FISCHER
   UNITED STATES DISTRICT JUDGE